JULIUS M. ROSENTHAL, Appellant, *v.* NEW YORK RAILWAYS CORPORATION, Respondent.

First Department, January 28, 1938.

*Francis R. Stoddard* of counsel [*Thomas J. Brennan* and *August J. Hovorka, Jr.,* with him on the brief; *Hurd, Hamlin & Hubbell,* attorneys], for the appellant.

*Henry J. Smith,* for the respondent.

PER CURIAM. The trial court should not have dismissed the complaint during the presentation of the plaintiff's case. The plaintiff's credibility was for the consideration of the jury.

The judgment should be reversed and a new trial ordered, with costs to the appellant to abide the event.

Present — MARTIN, P. J., GLENNON, UNTERMYER, DORE and CALLAHAN, JJ.

Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event.